1012

**Louis N. DeVAUSNEY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 53.**

Circuit Court of Appeals, Second Circuit.

Oct. 19, 1936.

S. L. Ruslander and R. J. Cleary, both of Pittsburgh, Pa., for petitioner.

Robert H. Jackson, Asst. Atty. Gen., Sewall Key and Joseph M. Jones, Sp. Assts. to the Atty. Gen., and F. I. Howley, of Washington, D. C., for respondent.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Order reversed in open court.

**ELEVENTH & BALTIMORE CORPORATION et al., Appellants, v. Paul ARBENZ et al.**

**No. 10760.**

Circuit Court of Appeals, Eighth Circuit.

Oct. 16, 1936.

George W. Humphrey and Glenn A. Thomas, both of Kansas City, Mo., for appellants.

H. L. McCune, Robert S. Eastin, I. P. Ryland, Thomas H. Reynolds, and Halbert H. McCluer, all of Kansas City, Mo., for appellees.

PER CURIAM.

Appeal dismissed, on motion of appellees, without costs to either party in this court.

**Adolph DIVOKY, Appellant, v. Albert D. BENNET, Debtor.**

**Nos. 10649, 10701.**

Circuit Court of Appeals, Eighth Circuit.

Aug. 10, 1936.

B. C. Howard, John F. Reinhardt, Frank P. Barker, J. John Gillis, George D. Beardsley, and Stanley Bassett, all of Kansas City, Mo., for appellant.

W. S. McClintock and A. L. Quant, both of Kansas City, Mo., for appellee.

PER CURIAM.

Causes remanded to District Court, with directions for proceedings in accordance with decree of this court, on motion of appellant to reverse order of District Court, costs to be taxed in favor of appellant.

**The ELMER COMPANY, Limited, etc., v. GUARANTY LIQUIDATING CORP.**

**No. 8344.**

Circuit Court of Appeals, Ninth Circuit.

Oct. 12, 1936.

Geo. W. Fenimore, of Los Angeles, Cal., for appellee.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellee, and good cause therefor appearing, ordered appeal in above cause dismissed for failure of appellants to file record and docket cause, that a decree of dismissal be filed and entered accordingly, and the mandate of this court issued forthwith.